Vinod Nichani, Esq.(Bar # 277607)
Nichani Law Firm
111 N. Market Street, Suite 300
San Jose, California 95113
Telephone:408-800-6174

Dmitry Lapin, Esq. (*pro hac vice*)
Danchuk Law, LLC
2 Victoria Lane
Falmouth Maine 04105
Telephone: 207-464-0099
Dmitry@EmilyEsquire.com

Attorneys for Plaintiff Hillary White

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLARY WHITE, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>EBAY INC., a Delaware Corporation; and DOES 1-10<br><br>               Defendants. | CASE NO.: 4:21-cv-01120-HSG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | It is hereby stipulated and agreed by and between Plaintiff Hillary White and Defendant eBay |
| 2 | Inc., that the above captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P |
| 3 | 41(a)(1)(A)(ii) |

DATED:  April 23, 2021            DANCHUK LAW LLC

By: /s/ Dmitry Lapin
      Dmitry Lapin
      Attorneys for plaintiff Hillary White

DATED:  April 23, 2021            GREENBERG TAURIG, LLP

By: /s/ Ian C. Ballon
      Ian C. Ballon
      Attorneys for defendant eBay Inc.

**ATTESTATION OF FILER**

I, Dmitry Lapin, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED:  April 23, 2021            /s/ Dmitry Lapin
                                            Dmitry Lapin